In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by Sanctuary for Families et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by Lawyers for Children et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

THE BURLINGTON INSURANCE COMPANY, Appellant, v NYC TRANSIT AUTHORITY et al., Respondents.

Submitted January 25, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ESTRELLITA A., Respondent, v JENNIFER L.D., Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by Lawyers for Children et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

PETER E. GREVELDING, JR., as Executor of JASON M. RHOADES, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 109855.)

Submitted February 16, 2016; decided May 5, 2016

Motion for leave to appeal from the amended judgment of Supreme Court entered upon the October 2015 Appellate Division order dismissed upon the ground that the Appellate Division order, not the amended judgment, is the final appealable paper in this action (*see* CPLR 5611; *Whitfield v City of New York*, 90 NY2d 777 [1997]).

Judge FAHEY taking no part.

In the Matter of ALBERT HARRIOTT, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted March 28, 2016; decided May 5, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). The prior motion for leave to appeal made at the Appellate Division was untimely (*see* Arthur Karger, Powers of the New York Court of Appeals § 12:3 at 436-437 [3d ed rev 2005]).

In the Matter of ALBERT HARRIOTT, Appellant, v MICHAEL SHEAHAN, as Superintendent of Five Points Correctional Facility, Respondent.

Submitted March 28, 2016; decided May 5, 2016